Diana Costantino Gomprecht (DG-2181)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CHRISTOPHER B. TURCOTTE and SUSAN
TURCOTTE,

              Plaintiffs,

       - against -

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

              Defendant.
------------------------------------x

07 Civ. 4023 (KMK)(MHD)

### DECLARATION OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND OF SERVICE ON COUNSEL FOR PLAINTIFFS

    I, Diana Costantino Gomprecht, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

    1.    I am associated with the firm of Epstein Becker & Green, P.C., attorneys for defendant Blue Cross and Blue Shield of Massachusetts, Inc. (erroneously named "Blue Cross Blue Shield of Massachusetts, Inc.").

    2.    On May 23, 2007, I caused plaintiffs to be served with a copy of the Notice of Removal, together with copies of the summons and complaint in this action, by depositing same in a sealed envelope, postage prepaid, in an official depository of the United

NY:1833954v1

States Postal Service within the State of New York, addressed to counsel for plaintiffs Christopher B. Turcotte, Esq., 320 East 57th Street, #14B, New York, New York 10022.

      6.    On May 23, 2007, I caused to be filed with the Clerk of the Court of the Civil Court of the City of New York, County of New York, a copy of the Notice to Removal, together with copies of the summons and complaint in this action, by delivery of same to the Clerk's Office at the Civil Court of the City of New York, County of New York.

                                                                                                   Diana Costantino Gomprecht (DG 2181)

Executed on May 24, 2007