UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07

---

**Christopher B. Turcotte, et ano**

**Plaintiffs,**

-v-

**Blue Cross Blue Shield of Massachusetts, Inc,**

**Defendants**

Case No.07-cv-4023 (KMK)

AMENDED* ORDER SETTING
PRE-MOTION CONFERENCE

---

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the parties appear for a pre-motion

conference in this case. The conference shall be held on July 13, 2007 at 11am in the United

States Courthouse for the Southern District of New York, Courtroom 21D-

500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     June 13, 2007
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE