AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE
and SUSAN TURCOTTE,

        Plaintiffs,

-against-

BLUE CROSS BLUE SHIELD
OF MASSACHUSETTS, INC.,

        Defendant.

**APPEARANCE**

Case Number: 07 Civ. 4023 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Christopher B. Turcotte and Susan Turcotte

I certify that I am admitted to practice in this court.

6/15/2007
Date

*[Signature]*
Signature

Christopher B. Turcotte
Print Name

CT-0867
Bar Number

575 Madison Avenue, Suite 1006
Address

New York    NY    10022
City    State    Zip Code

(212) 937-8499    (646) 417-5851
Phone Number    Fax Number