


Diana Costantino Gomprecht (DG-2181)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.

JUN 15 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER B. TURCOTTE and SUSAN TURCOTTE,

                Plaintiffs,

    - against -

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4023 (KMK)(MHD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Diana Costantino Gomprecht, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

                Joseph Halpern
                Deputy General Counsel
                Blue Cross and Blue Shield of Massachusetts, Inc.
                401 Park Drive
                Boston, Massachusetts 02215
                (617) 246-3528
                Fax: (617) 246-3550

NY:1860995v1

JOSEPH HALPERN is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Joseph Halpern in any State or Federal court.

Dated: June 15, 2007
New York, New York

                                          EPSTEIN BECKER & GREEN, P.C.

By: *Diana C. Gomprecht*
      Diana Costantino Gomprecht (DG-2181)
      250 Park Avenue
      New York, New York 10177-0077
      (212) 351-4500
      Fax: (212) 661-0989
      Attorneys for Defendant

To:    Christopher B. Turcotte, Esq.
        320 East 57th Street, #14B
        New York, New York 10022

Diana Costantino Gomprecht (DG-2181)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CHRISTOPHER B. TURCOTTE and SUSAN
TURCOTTE,

      Plaintiffs,    07 Civ. 4023 (KMK)(MHD)

  - against -    **AFFIDAVIT OF DIANA COSTANTINO GOMPRECHT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

      Defendant.
------------------------------------- x

STATE OF NEW YORK )
       ) ss:
COUNTY OF NEW YORK )

    DIANA COSTANTINO GOMPRECHT, being duly sworn, hereby deposes and says as follows:

    1.  I am an attorney associated with the firm of Epstein Becker & Green, P.C., counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joseph Halpern as counsel pro hac vice to represent Defendant in this matter.

NY:1861025v1

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have know Joseph Halpern for several weeks.

4.      Mr. Halpern is Deputy General Counsel for Blue Cross and Blue Shield of Massachusetts, Inc. in Boston, Massachusetts.

5.      I have found Mr. Halpern to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      According, I am pleased to move for the admission of Joseph Halpern, pro hac vice.

7.      I respectively submit a proposed order granting the admission of Joseph Halpern, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Joseph Halpern, pro hac vice, to represent Defendant in the above captioned matter, be granted.

June 15, 2007
New York, New York

Respectfully submitted,

*Diana C. Gomprecht*
Diana Costantino Gomprecht (DG-2181)

Sworn to before me this 15th day of June, 2007

_____
Notary Public

WILLIAM C. MAUGHAN
Notary Public, State of New York
No. 01MA6082607
Qualified in Kings County
Commission Expires October 28, 2010

NY:1861025v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER B. TURCOTTE and SUSAN
TURCOTTE,

                      Plaintiffs,         07 Civ. 4023 (KMK)(MHD)

           - against -                **ORDER FOR ADMISSION**
                                                              **PRO HAC VICE**
BLUE CROSS BLUE SHIELD OF             **ON WRITTEN MOTION**
MASSACHUSETTS, INC.,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the motion of Diana Costantino Gomprecht, an attorney with the firm of Epstein Becker & Green, P.C., as attorneys for Blue Cross and Blue Shield of Massachusetts, Inc. (erroneously named in the caption as "Blue Cross Blue Shield of Massachusetts, Inc.") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Joseph Halpern
        Deputy General Counsel
        Blue Cross and Blue Shield of Massachusetts, Inc.
        401 Park Drive
        Boston, Massachusetts 02215
        (617) 246-3528
        Fax: (617) 246-3550
        Email Address: Joseph.Halpern@bcbsma.com

is admitted to practice pro hac vice as counsel for Blue Cross and Blue Shield of Massachusetts, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

NY:1861084v1

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                                                             _____
                                                                             United States District Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Diana Costantino Gomprecht, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Westchester County. On June 15, 2007, I served a true copy of the attached Motion to Admit Counsel Pro Hac Vice by first class mail by depositing same in a sealed envelope, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York, addressed to the following persons at the address indicated below:

> Christopher B. Turcotte, Esq.
> 320 East 57th Street, #14B
> New York, New York 10022

_____
Diana Costantino Gomprecht

Sworn to before me this
15th day of June, 2007

_____
Notary Public

WILLIAM C. MAUGHAN
Notary Public, State of New York
No. 01MA6082607
Qualified in Kings County
Commission Expires October 28, 20/0

NY:1889304v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **January** A.D. **1985**, said Court being the highest Court of Record in said Commonwealth:

**Joseph Halpern**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **June** in the year of our Lord **two thousand and seven**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116