UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07

------------------------------------ x

CHRISTOPHER B. TURCOTTE and SUSAN TURCOTTE,

                Plaintiffs,

- against -

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.,

                Defendant.

------------------------------------ x

07 Civ. 4023 (KMK)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

      Upon the motion of Diana Costantino Gomprecht, an attorney with the firm of Epstein Becker & Green, P.C., as attorneys for Blue Cross and Blue Shield of Massachusetts, Inc. (erroneously named in the caption as "Blue Cross Blue Shield of Massachusetts, Inc.") and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

      Joseph Halpern
      Deputy General Counsel
      Blue Cross and Blue Shield of Massachusetts, Inc.
      401 Park Drive
      Boston, Massachusetts 02215
      (617) 246-3528
      Fax: (617) 246-3550
      Email Address: Joseph.Halpern@bcbsma.com

is admitted to practice pro hac vice as counsel for Blue Cross and Blue Shield of Massachusetts, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

NY:1861084v1

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    6/20/07
New York, New York

_____
United States District Judge