UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER B. TURCOTTE and
SUSAN TURCOTTE,
                Plaintiff,

                                                                 07 CIVIL 4023   (KMK)

       -against-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Christopher B. Turcotte, Esq.**

- ☐ *Attorney*

    - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **CT 0867**

    - ☐ I am a Pro Hac Vice attorney

    - ☐ I am a Government Agency attorney

- ☐ *Law Firm/Government Agency Association*

    From: **Edwards Angell Palmer & Dodge, LLP**

    To: **The Law Office of Christopher B. Turcotte, P.C.**

    - ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ☐ *Address:* **575 Madison Avenue, Suite 1006, NY, NY 10022**

- ☐ *Telephone Number:* **212-937-8499**

- ☐ *Fax Number:* **646-417-5851**

- ☐ *E-Mail Address:* **cturcotte@cbtlaw.com**

Dated: **July 5, 2007**                    *[signature]* Christopher B. Turcotte