**VERIFICATION**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


Susan Turcotte, being duly sworn, deposes and says:

I am a plaintiff in the within action.  I have read the foregoing Amended
Complaint, know the contents thereof and the same are true to my knowledge, except
those matters therein which are stated to be alleged on information and belief, and as to
those matters, I believe them to be true.

_____
Susan Turcotte

Sworn to before me this
___ day of July, 2007

_____
Notary Public

CHRISTOPHER B. TURCOTTE
Notary Public, State of New York
No. 02TU5072563
Qualified in New York County
Commission Expires February 3, 2011

# EXHIBIT A