TO WHOM IT MAY CONCERN:

Below are the procedure codes, fees and estimated number of services that will be rendered on, or on behalf of, the patient named below. Please furnish this patient with a breakdown of what services will or will not be covered and the amount of reimbursement for each service covered.

Thank you for your cooperation in this matter and should you require any additional information you may call (646) 756-8284.

## OOCYTE DONATION CYCLE

| PROCEDURES: | CODES: | FEES: | |
|---|---|---|---|
| Tax ID# 13-4079389 | | | |
| ANONYMOUS EGG DONOR | | | |
| MEDICAL MANAGEMENT | 99213/ 99361 | 5 x $250 = | $1250 |
| ULTRASOUND STUDIES | 76830 | 5 x $230 = | $1150 |
| ENDOCRINE STUDIES (BLOOD) | 82670/83001 | 6 x $115 = | $690 |
| VENIPUNCTURE | 36415 | 5 x $15 = | $75 |
| EGG RETRIEVAL | 58970 | 1 x $1450 = | $1450 |
| IDENTIFICATION OF OOCYTE | 89254 | 1 x $1000 = | $1000 |
| ECHO GUIDED ASPIRATION | 76948 | 1 x $300 = | $300 |
| ANESTHESIA (30 MINUTES) | 99141 | 1 x $500 = | $500 |
| DONOR COMPENSATION | | 1 x $8000 = | $8000 |
| DONOR LABORATORY SCREENS | | 1 x $1770 = | $1770 |
| DONOR PSYCH. EVALUATION | 99274 | 1 x $300 = | $300 |
| INJECTION TEACHING | | 1 x $200 = | $200 |
| DONOR MEDICAL COVERAGE AND PERFORMANCE PROGRAM | | 1 x $1000 = | $1000 |
| DONOR RECRUITMENT AND ADMINISTRATION | | 1 x $750 = | $750 |
| DONOR MEDICATION | | 1x $3000 = | $3000 |
| RECIPIENT | | | |
| MEDICAL MANAGEMENT | 99213/99362 | 2 x $250 = | $500 |
| ULTRASOUND STUDIES | 76830 | 3 x $230 = | $690 |
| ENDOCRINE STUDIES | 82670/83001 | 3 x $115 = | $345 |
| VENIPUNCTURE | 36415 | 2 x $15 = | $30 |
| SPERM PREP | 89261 | 1 x $450 = | $450 |
| ICSI | 89280 | 1 x $2000 = | ($2000) |
| CULTURE & FERTILIZATION | 89251/89272 | 1 x $2550 = | $2550 |
| ECHO GUIDED TRANSFER | 76986 | 1 x $200 = | $200 |
| EMBRYO TRANSFER | 58974 | 1 x $550 = | $550 |
| PREPARE EMBRYO FOR TRANSFER | 89255 | 1 x $225 = | $225 |
| TOTAL AMOUNT: | | | $28,975.00 |

Handwritten annotations: 21,43 ; 754C

PATIENT NAME: _____  D.O.B: _____
INSURANCE CARRIER: _____
INSURANCE ID#: _____  GROUP#: _____
INSURED'S NAME: _____  D.O.B: _____
DIAGNOSIS: _____  CODE: _____

# EXHIBIT B