HARASS.

Diana Costantino Gomprecht (DG-2181)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER B. TURCOTTE and SUSAN
TURCOTTE,

                          Plaintiffs,

          - against -

BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC.,

                          Defendant.
------------------------------------------------------------x

07 Civ. 4023 (KMK)

STIPULATION

        IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that defendant Blue Cross and Blue Shield of Massachusetts, Inc.'s time to answer, move or otherwise respond to the amended complaint is extended through and including August 15, 2007.

        The original date to respond to the amended complaint is July 23, 2007. Defendant has not made any previous requests for an extension of time to respond to the amended complaint.

Dated: New York, New York
July 10, 2007

CHRISTOPHER B. TURCOTTE, ESQ.

By: _____
Christopher B. Turcotte (CT-0867)
575 Madison Avenue, Suite 1006
New York, New York 10022
(212) 937-8499
Attorney for Plaintiffs

EPSTEIN BECKER & GREEN, P.C.

By: _____
Diana Costantino Gomprecht (DG-2181)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.
7/10/07

2