# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

DIANA COSTANTINO GOMPRECHT
TEL: 212.351.4503
FAX: 212.878.8703
DCOSTANTINO@EBGLAW.COM



MEMO ENDORSED

July 10, 2007

**BY HAND**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

> Re: Christopher B. Turcotte and Susan Turcotte v. Blue Cross and Blue Shield of Massachusetts, Inc., 07 Civ. 4023 (KMK)(▓▓▓▓)

Dear Judge Karas:

This firm represents defendant Blue Cross and Blue Shield of Massachusetts, Inc. in the above referenced litigation. We write to request an adjournment of the pre-motion conference currently scheduled for Friday, July 13, 2007 at 11 a.m. If possible, defendant requests that the conference be moved to a date during the week of August 6th. This is defendant's first request for an adjournment of the conference and plaintiffs' counsel does not oppose our request.

The reason for this extension is that on July 9, 2007, defendant received an amended complaint. As a result, defendant would like additional time to consider whether a motion to dismiss is appropriate, as opposed to a partial motion to dismiss. Plaintiffs have agreed to extend defendant's time to respond to the amended complaint until August 15, 2007. Pursuant to the ECF rules, that stipulation was filed today and a courtesy copy is enclosed with this letter.

Respectfully submitted,

*Diana C. Gomprecht*

Diana Costantino Gomprecht

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NY:1937931v1

The Honorable Kenneth M. Karas
July 10, 2007
Page 2

Enclosure

cc:   Christopher B. Turcotte, Esq. (by facsimile)
      Joseph Halpern, Esq. (by email)

*[Handwritten annotation by the court:]*

The Court will hold a conference on September 21, 2007, at 11AM. Defendant's time to answer or otherwise respond to the complaint is extended until August 15, 2007. A pre-motion letter, if Defendant intends to file a motion to dismiss, will stop the clock.

SO ORDERED

*/s/ Kenneth M. Karas*
KENNETH M. KARAS, U.S.D.J.
7/11/07

NY:1937931v1