UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

**Christopher B. Turcotte, et ano**

**Plaintiffs,**

-v-

**Blue Cross Blue Shield of Massachusetts, Inc,**

**Defendants**

Case No.07-cv-4023 (KMK)

ORDER SETTING PRE-MOTION CONFERENCE

RICHARD J. SULLIVAN, District Judge:

This case has been reassigned to my docket. The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on September 21, 2007 at 11:00am in the United States Courthouse for the Southern District of New York, Courtroom 21D-500 Pearl Street, New York, New York.

Defendant's counsel shall notify all parties.

SO ORDERED.

Dated:   September 11, 2007
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE