

**LAW DEPARTMENT**
Landmark Center, 401 Park Drive, Boston, MA 02215-3326
617.246.3500/tel
617.246.3550/fax

Deputy General Counsel
joseph.halpern@bcbsma.com

September 13, 2007



**VIA HAND DELIVERY**
The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

　　　　Re:　Christopher B. Turcotte and Susan Turcotte v. Blue Cross Blue Shield of
　　　　　　Massachusetts, Inc., 07 Civ. 4023 (RJS)

Dear Judge Sullivan:

I am writing with respect to the pre-motion conference scheduled in the above-caption case for September 21 at 11:00. I have been admitted pro hac vice to represent Blue Cross and Blue Shield of Massachusetts ("Blue Cross"). I am writing to inquire whether it would be possible for me to participate in the conference by telephone. Local counsel for Blue Cross, Diana Gomprecht, will be present at the conference.

Thank you for your assistance.

Very truly yours,

*Joseph Halpern*

Joseph Halpern

cc:　Christopher Turcotte, Esq.
　　　Diana Gomprecht, Esq.

*Mr. Halpern will be permitted to participate by telephone. Counsel to call my chambers at 212-805-0264.*

*9/17/07*

Landmark Center | 401 Park Drive | Boston, MA 02215-3326 | www.bluecross.com

Blue Cross and Blue Shield of Massachusetts is an Independent Licensee of the Blue Cross and Blue Shield Association.