UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE, et al.,

                Plaintiffs,

-v-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

                Defendant.

07-CV-4023 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

At the pre-motion conference held before the Court on September 21, 2007, regarding defendant's proposed motion to dismiss the amended complaint, the Court adopted the following scheduling order:

> Defendant shall submit its moving papers by September 28, 2007.
>
> Plaintiffs shall submit their opposition papers by October 29, 2007.
>
> Defendant may submit its reply, if any, by November 9, 2007.
>
> Thereafter, the Court will schedule oral argument regarding the proposed motion if necessary.

SO ORDERED.

Dated:     New York, New York
            September 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE