UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE, et al.,

                Plaintiffs,

-v-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

                Defendant.

No. 07 Civ. 4023 (RJS)
ORDER

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/16/08]*

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties in the above-entitled action shall appear for a conference on _June 23, 2008 @ 9:30AM_ in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York in order to address plaintiffs' requests for (1) an initial discovery conference, and (2) leave to file an amended complaint during the pendency of defendant's partial motion to dismiss.

SO ORDERED.

Dated:    New York, New York
            June 16, 2008

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE