**MEMO ENDORSED**

## The Law Office of Christopher B. Turcotte, P.C.
575 Madison Avenue, Suite 1006, New York, New York 10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com



June 17, 2008

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      RE:  Turcotte v. Blue Cross and Blue Shield of Massachusetts, Inc.
            Case No. 07 Civ. 4023 (RJS)

Dear Judge Sullivan:

      As the Court is aware, this firm represents plaintiffs with respect to the above-referenced matter.

      This will confirm my communication with the Court's Case Manager, Eileen Levine, whereupon it was agreed that because counsel is not available for the court conference scheduled by the Court for the morning of June 23, 2008, the conference is rescheduled for Thursday, June 26, 2008, at 4:00 p.m.

      Respectfully,

      Christopher B. Turcotte

cc:  Diana Costantino Gomprecht, Esq. (via facsimile)
     Joseph D. Halpern, Esq. (via facsimile)

SO ORDERED
Dated: 6/18/08
RICHARD J. SULLIVAN
U.S.D.J.