UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE, et al.,

         Plaintiffs,

-v-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

         Defendant.

No. 07 Civ. 4023 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on June 26, 2008, the Court adopted the following directives:

    Plaintiffs' request to initiate discovery is granted to the extent that they seek production of the administrative record relating to their ERISA claim. Defendant shall produce the administrative record to plaintiffs by July 18, 2008, or as soon as possible thereafter. Following their review of the administrative record, plaintiffs may contact the Court in the event that they believe they are entitled to additional discovery regarding their ERISA claim.

    Plaintiffs seek to file a second amended complaint to update the amount of the alleged damages at issue in this case. Plaintiffs shall submit their proposed second amended complaint to defendant by July 11, 2008.

    By July 18, 2008, defendant shall submit a letter to the Court regarding (1) the status of their efforts to produce the administrative record relating to plaintiffs' ERISA claims; (2) their opposition, if any, to plaintiffs' proposed second amended complaint; and (3) proposed dates for oral argument regarding their outstanding partial motion to dismiss the amended complaint that are feasible for both parties.

    Thereafter, the Court shall resolve plaintiffs' application to amend the complaint, or seek further briefing related thereto, and set a date for oral argument.

SO ORDERED.

Dated:    New York, New York
          June 27, 2008

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE