UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE, *et al.*,

                Plaintiffs,

-v-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

                Defendant.

No. 07 Civ. 4023 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/10/08

RICHARD J. SULLIVAN, District Judge:

ORDERED, that a telephone status conference in this matter is set for September 15, 2008 at 11:15am. Once all parties are on the conference line, they can call chambers at 212-805-0264.

SO ORDERED.

Dated:    New York, New York
           September 10, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE