UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER B. TURCOTTE, *et al.*,

                Plaintiffs,

-v-

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC.,

                Defendant.

No. 07 Civ. 4023 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08

RICHARD J. SULLIVAN, District Judge:

A conference in this matter was held on September 15, 2008, to resolve the issue of Plaintiffs' request for additional discovery.

IT IS HEREBY ORDERED that Defendant Blue Cross Blue Shield shall provide to Plaintiffs the name of the unidentified Blue Cross Blue Shield associate who answered Ms. Turcotte's call regarding her insurance coverage, the Bates numbers of the documents identified as that associate's notes, and any available information, including curricula vitae or updated curricula vitae, pertaining to the physicians on the physician review panel that reviewed Ms. Turcotte's file.

SO ORDERED.

Dated:      New York, New York
               September 16, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE